# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02549-LTB-SKC

MESHARIA ROL-HOFFMAN,

    Plaintiff,

v.

REGIONAL CARE, INC., and
OSF INVESTMENTS, LLC, doing business as Carpet Exchange Employee Benefit Plan,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Judge Lewis T. Babcock entered on July 6, 2022, it is ORDERED that final judgment is hereby entered in favor of Defendants Regional Care, Inc. and OSF Investments, LLC and against Plaintiff Mesharia Rol-Hoffman. It is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

Dated at Denver, Colorado this 6th day of July, 2022.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Emily Buchanan
    Emily Buchanan, Deputy Clerk